No. A–700 (74–6089). ESCAMILLA *v.* BOGUE, U. S. DISTRICT JUDGE. C. A. 8th Cir. Application for stay of trial, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–739 (74–1169). ROGERS ET AL. *v.* INMATES' COUNCILMATIC VOICE ET AL. Appeal from D. C. N. D. Ohio. Application for stay of execution of paragraph 7 of order of the United States District Court for the Northern District of Ohio, presented to MR. JUSTICE STEWART, and by him referred to the Court, granted pending final disposition of appeal.

No. D–27. IN RE DISBARMENT OF MCDERMOTT. It having been reported to this Court that Francis X. McDermott, of New York, N. Y., has been disbarred from the practice of law in all of the courts of the State of New York, and this Court by order of November 18, 1974 [419 U. S. 1016], having suspended the said Francis X. McDermott from the practice of law in this Court and directed that a rule issue requiring him to show cause why he should not be disbarred;

And it appearing that the said rule was duly issued and served upon the respondent and that the time within which to file a return has expired;

It is ordered that the said Francis X. McDermott be, and he is hereby, disbarred from the practice of law in this Court and that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court.